Argued and submitted July 27, reversed and remanded
for an order allowing a delayed appeal November 23, 1981

## CHARLES EDWARD NORTON,
*Appellant,*

*v.*

## CUPP,
*Respondent.*

(No. 115,631, CA A20649)

636 P2d 468

Timothy G. Garlock, Certified Law Student, Salem, argued the cause for appellant. On the brief was Eric W. Olsen, Salem.

Virginia L. Linder, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

## PER CURIAM.

Petitioner appeals dismissal of his petition for post-conviction relief. The court found he had been denied effective assistance of appellate counsel because his appointed counsel had failed to file a timely notice of appeal. The court dismissed the petition on the basis that he had not shown a meritorious ground for an appeal. For the reasons expressed in *Daniel v. Cupp,* 54 Or App 824, 636 P2d 452 (1981), we reverse and remand for entry of an order allowing petitioner to file a notice of appeal within 30 days of the order.